**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-153-APG-(CWH) |
| IRENE LI, | ) ) ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On October 17, 2013, defendant IRENE LI pled guilty to Count One of a Twenty Nine-Count Superseding Indictment charging her with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Superseding Indictment and Plea Agreement. Superseding Indictment, ECF No. 24; Change of Plea Minutes, ECF No. 57; Plea Agreement, ECF No. 58.

This Court finds that IRENE LI shall pay a criminal forfeiture money judgment of $2,319,780 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 24; Change of Plea Minutes, ECF No. 57; Plea Agreement, ECF No. 58.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from IRENE LI a criminal forfeiture money judgment in the amount of $2,319,780 in United States Currency.

DATED this 18th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE